UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                          :        Case No.:        12-37136_____
                                                :
Lonnie R. Hammonds and                          :
Tisha G. Hammonds                               :        Adv. No.:        _____
                                                :
                                                :        Judge:           Stacey L. Meisel
                                                :
            Debtor (s),                         :
_____ :            Chapter:        _____13_____


## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable ____Judge Stacey L. Meisel____, United
States Bankruptcy Judge.

**Reason for Hearing:**          Trustee's Certification of Default Filed on_____
                                 6/27/16.  Debtors' Certification in Opposition___
                                 to Default Filed on 7/8/16_____

**Location of Hearing:**         Courtroom No. _3A_
                                 M. L. K. Jr. Federal Building_____
                                 50 Walnut Street_____
                                 Newark, NJ 07102_____

**Date and Time:**               August 10, 2016 at 9:00 am_____,
                                 or as soon thereafter as counsel may be heard.


**COURT APPEARANCES:**     __✔__  **ARE REQUIRED**        _____  **ARE NOT REQUIRED**


DATED:     July 13, 2016_____              JAMES J. WALDRON, Clerk


### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on July 13_____, 20 16 the foregoing notice was served on the
following:  Debtors, Debtors' Attorney, Trustee, and UST



JAMES J. WALDRON, Clerk


*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 12-37136-SLM
Lonnie R. Hammonds                                              Chapter 13
Tisha G. Hammonds
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jul 13, 2016
                             Form ID: pdf900       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2016.
db/jdb          +Lonnie R. Hammonds,   Tisha G. Hammonds,   151 East 24th Street,   Paterson, NJ 07514-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2016 at the address(es) listed below:
          Clifford B. Frish    on behalf of Debtor Lonnie R. Hammonds yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Clifford B. Frish    on behalf of Joint Debtor Tisha G. Hammonds yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Dean Russell Prober    cmartin@pralc.com
          John Philip Schneider    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC nj.bkecf@fedphe.com
          John R. Morton, Jr.    on behalf of Creditor   JPMorgan Chase Bank, N.A.
           mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joshua I. Goldman    on behalf of Creditor   Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin P. Diskin    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC kevin.diskin@buckleymadole.com,
           NJ_ECF_Notices@buckleymadole.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark Goldman    on behalf of Debtor Lonnie R. Hammonds yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Mark Goldman    on behalf of Joint Debtor Tisha G. Hammonds yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Steven K. Eisenberg    on behalf of Creditor   Ocwen Loan Servicing, LLC
           seisenberg@sterneisenberg.com,
           dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneise
           nberg.com
                                                                          TOTAL: 11