Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                       Case No.: 12−37136−SLM
                                       Chapter: 13
                                       Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lonnie R. Hammonds                               Tisha G. Hammonds
   151 East 24th Street                                  151 East 24th Street
   Paterson, NJ 07514                                  Paterson, NJ 07514

Social Security No.:
   xxx−xx−2299                                               xxx−xx−5070

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on May 14, 2013.

    On 7/20/16 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                    August 24, 2016
Time:                  09:00 AM
Location:            Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,**
     **the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 21, 2016
JJW: lc

                                                                                         James J. Waldron
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 12-37136-SLM
Lonnie R. Hammonds                                                    Chapter 13
Tisha G. Hammonds
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 3           Date Rcvd: Jul 21, 2016
                              Form ID: 185               Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2016.
```
db/jdb       +Lonnie R. Hammonds,   Tisha G. Hammonds,   151 East 24th Street,   Paterson, NJ 07514-2113
cr           +JPMorgan Chase Bank, N.A.,   201 N. Central Ave., Floor 11,   Phoenix, AZ 85004-1071
cr           +NATIONSTAR MORTGAGE, LLC,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
cr           +Ocwen Loan Servicing, LLC,   c/o Stern & Eisenberg PC,   1040 N. Kings Highway, Suite 407,
               Cherry Hill, NJ 08034-1925
cc           +U.S. Bank National Association, not in its individ,   c/o Rushmore Loan Management Services,
               PO Box 55004,   Irvine, CA 92619-5004
513656043     Bank of America N.A.,   c/o Prober & Raphael,   Attornys For Secured Creditor,   P.O. Box 4365,
               Woodland Hills, CA 91365-4365
513491532    +Bk Of Amer,   Attn: Bankruptcy/MC: NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
513491533    +Bk Of Amer,   450 American St,   Simi Valley, CA 93065-6285
513611830     Capital One NA,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
513491534    +Chase,   Po Box 7013,   Indianapolis, IN 46207-7013
513491535    +Chase Auto,   Po Box 15298,   Wilmington, DE 19850-5298
513491538    +City Ntl Bk/Ocwen Loan Service,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
513491536    +City Ntl Bk/Ocwen Loan Service,   Attn: Bankruptcy,   P.O. Box 24738,
               West Palm Beach, FL 33416-4738
513491540    +Eastern Account System,   Po Box 837,   Newtown, CT 06470-0837
513491541    +Eastern Account System,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
513593182    +JP Morgan Chase Bank N.A.,   Chase Auto Finance,   201 N. Central Ave,   Mail Code AZ1-1191,
               Phoenix AZ 85004-1071
513491546    +Med Busi Bur,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
516189208   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,   P.O. Box 619096,
               Dallas, Texas 75261-9741)
513629368    +New Century Financial Services, Inc.,   c/o Pressler and Pressler, LLP.,   7 Entin Road,
               Parsippany NJ 07054-5020
513491556    +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
513552520    +Sallie Mae Inc. on behalf of NJHESAA,   P.O. Box 548,   Trenton, NJ 08625-0548
513491565     Springleaf Financial S,   Wayne Crest Shoppi,   Wayne, NJ 07470
513491567    +The Bureaus Inc.,   1721 Central St,   Evanston, IL 60201-1507
516295689     U.S. Bank National Association,   c/o Rushmore Loan Management Services,   PO Box 52708,
               Irvine, CA 92619-2708
516295690     U.S. Bank National Association,   c/o Rushmore Loan Management Services,   PO Box 52708,
               Irvine, CA 92619-2708,   U.S. Bank National Association,
               c/o Rushmore Loan Management Services
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2016 22:42:56    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2016 22:42:55    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
513700235     E-mail/Text: ally@ebn.phinsolutions.com Jul 21 2016 22:42:02    Ally Financial,
               PO Box 130424,   Roseville, MN 55113-0004
513491530    +E-mail/Text: ally@ebn.phinsolutions.com Jul 21 2016 22:42:02    Ally Fincl,
               200 Renaissance Ctr,   Detroit, MI 48243-1300
513524985     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2016 22:57:38
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
513591348    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 21 2016 22:42:49    Asset Acceptance LLC,
               P.O. Box 2036,   Warren MI 48090-2036
513491531    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 21 2016 22:42:49    Asset Acceptance Llc,
               Po Box 1630,   Warren, MI 48090-1630
513823245     E-mail/PDF: rmscedi@recoverycorp.com Jul 21 2016 23:20:24
               Bureaus Investment Group Portfolio No 15 LLC,   c/o Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
513491542    +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2016 23:20:08    Gecrb/gap,   Po Box 965005,
               Orlando, FL 32896-5005
513491545    +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 21 2016 22:42:16    Kohls/capone,
               Po Box 3115,   Milwaukee, WI 53201-3115
513491547    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2016 22:42:54    Midland Funding,
               8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
513491551    +E-mail/PDF: bankruptcy@ncfsi.com Jul 21 2016 22:51:10    New Century Financial,
               110 S. Jefferson Rd.,   Suite 104,   Whippany, NJ 07981-1038
513491552    +E-mail/PDF: bankruptcy@ncfsi.com Jul 21 2016 22:51:10    New Century Financial,
               110 S Jefferson Rd Ste 1,   Whippany, NJ 07981-1038
513491553    +E-mail/Text: bankruptcy@njfcu.org Jul 21 2016 22:43:01    North Jersey Fcu,   711 Union Blvd,
               Totowa, NJ 07512-2207
513491555     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2016 23:08:34    Portfolio Rc,
               120 Corporate Blvd Ste 1,   Norfolk, VA 23502
513491554     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2016 22:51:42    Portfolio Rc,
               Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
```

```
District/off: 0312-2           User: admin                  Page 2 of 3                   Date Rcvd: Jul 21, 2016
                               Form ID: 185                 Total Noticed: 47


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513738041        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2016 23:08:21
                 Portfolio Recovery Associates, LLC,   c/o Gapcard,   POB 41067,   Norfolk VA 23541
513792270        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2016 22:52:05
                 Portfolio Recovery Associates, LLC,   c/o The Gap,   POB 41067,   Norfolk VA 23541
513491561       +E-mail/PDF: pa_dc_claims@navient.com Jul 21 2016 22:51:43      Sallie Mae,   Po Box 9500,
                 Wilkes-barre, PA 18773-9500
513738000       +E-mail/PDF: pa_dc_claims@navient.com Jul 21 2016 22:51:43      Sallie Mae,   c/o Sallie Mae Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
513491557       +E-mail/PDF: pa_dc_claims@navient.com Jul 21 2016 22:52:09      Sallie Mae,
                 Attn: Claims Department,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
513738001       +E-mail/PDF: pa_dc_claims@navient.com Jul 21 2016 22:52:09      Sallie Mae PC Trust,
                 c/o Sallie Mae Inc.,    220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
                                                                                               TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513491537*      +City Ntl Bk/Ocwen Loan Service,   Attn: Bankruptcy,    P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
513491539*      +City Ntl Bk/Ocwen Loan Service,   12650 Ingenuity Dr,    Orlando, FL 32826-2703
513491548*      +Midland Funding,   8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
513491549*      +Midland Funding,   8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
513491550*      +Midland Funding,   8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
513491562*      +Sallie Mae,   Po Box 9500,   Wilkes-barre, PA 18773-9500
513491563*      +Sallie Mae,   Po Box 9500,   Wilkes-barre, PA 18773-9500
513491564*      +Sallie Mae,   Po Box 9500,   Wilkes-barre, PA 18773-9500
513491558*      +Sallie Mae,   Attn: Claims Department,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
513491559*      +Sallie Mae,   Attn: Claims Department,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
513491560*      +Sallie Mae,   Attn: Claims Department,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
513491543      ##+Hilco Receivables/Equable Ascent Financi,    Attn: Bankruptcy,   1120 Lake Cook Road Suite B,
                 Buffalo Grove, IL 60089-1970
513491544      ##+Hilco Receivables/Equable Ascent Financi,    1120 West Lake Co,   Buffalo Grove, IL 60089-1970
513491566      ##+The Bureaus Inc.,   Attention: Bankruptcy Dept.,    1717 Central St.,   Evanston, IL 60201-1507
                                                                                              TOTALS: 0, * 11, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2016 at the address(es) listed below:
          Clifford B. Frish    on behalf of Debtor Lonnie R. Hammonds yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Clifford B. Frish    on behalf of Joint Debtor Tisha G. Hammonds yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Dean Russell Prober    cmartin@pralc.com
          John Philip Schneider    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC nj.bkecf@fedphe.com
          John R. Morton, Jr.    on behalf of Creditor   JPMorgan Chase Bank, N.A.
           mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joshua I. Goldman    on behalf of Creditor   Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin P. Diskin    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC kevin.diskin@buckleymadole.com,
           NJ_ECF_Notices@buckleymadole.com
          Marie-Ann Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Jul 21, 2016
                              Form ID: 185             Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Mark   Goldman    on behalf of Debtor Lonnie R. Hammonds yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
         Mark   Goldman    on behalf of Joint Debtor Tisha G. Hammonds yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
         Robert P. Saltzman    on behalf of Counter-Claimant    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
         Steven K. Eisenberg    on behalf of Creditor    Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com, dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneisenberg.com

                                                                                                                                                                   TOTAL: 12