Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## New Jersey

IN RE: **Lonnie R. Hammonds**
**Tisha G. Hammonds**

Case No.: **12-37136**
Judge:
Chapter: **13**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☑ Motions Included

☑ 2nd Modified/Notice Required
☐ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date: **7/13/16**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

   a. The Debtors have paid into plan the sum of $12,404.00 through July 2016 and starting in August 2016 debtors will pay $862.00 for 12 more months to the Chapter 13 Trustee.

   b. The Debtor shall make plan payments to the Trustee from the following sources:
   ☑ Future Earnings
   ☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Trustee | administrative expenses | est. $1,034.00 |
| Goldman & Beslow, LLC | attorney fees | est. $1,000.00 |

## Part 4: Secured Claims

a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Ocwen Mortgage** | **1st mortgage arrears** | $8300.00 | n/a | $8,300.00 | $1,540.00 |

b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

2

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **Bank of America** | **151 East 24th Street, Paterson, NJ** | **$23,187.00** | **$143,000.00** | **$299,146.00** | **-0-** | **n/a** | **to be paid pro-rata** |
|  |  |  |  |  |  |  |  |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **-NONE-** |  |  |  |

### d. Secured Claims Unaffected by the Plan

    The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| **Chase Auto** |

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

## Part 5:  Unsecured Claims

    a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:
        ____    Not less than $____ to be distributed *pro rata*

        ____    Not less than ___ percent

        _X_    *Pro Rata* distribution from any remaining funds

    b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **-NONE-** |  |  |  |

## Part 6:  Executory Contracts and Unexpired Leases

    All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **-NONE-** |  |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| Bank of America | 2nd mortgage re: 151 East 24th Street, Paterson, NJ | entire lien to be treated as unsecured |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| | | | |
| | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims-including attorney fees**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

    d. Post-petition claims

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes     ☐ No |

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date   7/13/16      \s\ Mark Goldman
                                         **Mark Goldman, Esq. 8019**
                                           Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:   7/13/16      \s\ Lonnie Hammonds
                                           **Lonnie R. Hammonds**
                                           Debtor

Date:   7/13/16      \s\ Tisha Hammonds
                                           **Tisha G. Hammonds**
                                           Joint Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 12-37136-SLM
Lonnie R. Hammonds                                                  Chapter 13
Tisha G. Hammonds
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Jul 21, 2016
                              Form ID: pdf901          Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2016.
db/jdb         +Lonnie R. Hammonds,   Tisha G. Hammonds,   151 East 24th Street,   Paterson, NJ 07514-2113
cr             +JPMorgan Chase Bank, N.A.,   201 N. Central Ave., Floor 11,   Phoenix, AZ 85004-1071
cr             +NATIONSTAR MORTGAGE, LLC,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Ocwen Loan Servicing, LLC,   c/o Stern & Eisenberg PC,   1040 N. Kings Highway, Suite 407,
                 Cherry Hill, NJ 08034-1925
cc             +U.S. Bank National Association, not in its individ,   c/o Rushmore Loan Management Services,
                 PO Box 55004,   Irvine, CA 92619-5004
513656043       Bank of America N.A.,   c/o Prober & Raphael,   Attornys For Secured Creditor,   P.O. Box 4365,
                 Woodland Hills, CA 91365-4365
513491532      +Bk Of Amer,   Attn: Bankruptcy/MC: NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
513491533      +Bk Of Amer,   450 American St,   Simi Valley, CA 93065-6285
513611830       Capital One NA,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
513491534      +Chase,   Po Box 7013,   Indianapolis, IN 46207-7013
513491535      +Chase Auto,   Po Box 15298,   Wilmington, DE 19850-5298
513491538      +City Ntl Bk/Ocwen Loan Service,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
513491536      +City Ntl Bk/Ocwen Loan Service,   Attn: Bankruptcy,   P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
513491540      +Eastern Account System,   Po Box 837,   Newtown, CT 06470-0837
513491541      +Eastern Account System,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
513593182      +JP Morgan Chase Bank N.A.,   Chase Auto Finance,   201 N. Central Ave,   Mail Code AZ1-1191,
                 Phoenix AZ 85004-1071
513491546      +Med Busi Bur,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
516189208      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,
                 Dallas, Texas 75261-9741)
513629368      +New Century Financial Services, Inc.,   c/o Pressler and Pressler, LLP.,   7 Entin Road,
                 Parsippany NJ 07054-5020
513491556      +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
513552520      +Sallie Mae Inc. on behalf of NJHESAA,   P.O. Box 548,   Trenton, NJ 08625-0548
513491565       Springleaf Financial S,   Wayne Crest Shoppi,   Wayne, NJ 07470
513491567      +The Bureaus Inc.,   1721 Central St,   Evanston, IL 60201-1507
516295689       U.S. Bank National Association,   c/o Rushmore Loan Management Services,   PO Box 52708,
                 Irvine, CA 92619-2708
516295690       U.S. Bank National Association,   c/o Rushmore Loan Management Services,   PO Box 52708,
                 Irvine, CA 92619-2708,   U.S. Bank National Association,
                 c/o Rushmore Loan Management Services

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2016 22:42:56    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2016 22:42:55    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513700235       E-mail/Text: ally@ebn.phinsolutions.com Jul 21 2016 22:42:02    Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
513491530      +E-mail/Text: ally@ebn.phinsolutions.com Jul 21 2016 22:42:02    Ally Fincl,
                 200 Renaissance Ctr,   Detroit, MI 48243-1300
513524985       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2016 22:57:42
                 American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
513591348      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 21 2016 22:42:49    Asset Acceptance LLC,
                 P.O. Box 2036,   Warren MI 48090-2036
513491531      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 21 2016 22:42:49    Asset Acceptance Llc,
                 Po Box 1630,   Warren, MI 48090-1630
513823245       E-mail/PDF: rmscedi@recoverycorp.com Jul 21 2016 23:20:23
                 Bureaus Investment Group Portfolio No 15 LLC,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
513491542      +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2016 23:20:12    Gecrb/gap,   Po Box 965005,
                 Orlando, FL 32896-5005
513491545      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 21 2016 22:42:14    Kohls/capone,
                 Po Box 3115,   Milwaukee, WI 53201-3115
513491547      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2016 22:42:54    Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
513491551      +E-mail/PDF: bankruptcy@ncfsi.com Jul 21 2016 22:51:43    New Century Financial,
                 110 S. Jefferson Rd.,   Suite 104,   Whippany, NJ 07981-1038
513491552      +E-mail/PDF: bankruptcy@ncfsi.com Jul 21 2016 22:51:12    New Century Financial,
                 110 S Jefferson Rd Ste 1,   Whippany, NJ 07981-1038
513491553      +E-mail/Text: bankruptcy@njfcu.org Jul 21 2016 22:43:01    North Jersey Fcu,   711 Union Blvd,
                 Totowa, NJ 07512-2207
513491555       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2016 22:51:06    Portfolio Rc,
                 120 Corporate Blvd Ste 1,   Norfolk, VA 23502

```
District/off: 0312-2          User: admin              Page 2 of 3            Date Rcvd: Jul 21, 2016
                              Form ID: pdf901          Total Noticed: 47


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513491554       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2016 22:51:39      Portfolio Rc,
                 Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
513738041       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2016 22:51:07
                 Portfolio Recovery Associates, LLC,    c/o Gapcard,    POB 41067,    Norfolk VA 23541
513792270       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2016 22:52:05
                 Portfolio Recovery Associates, LLC,    c/o The Gap,    POB 41067,    Norfolk VA 23541
513491561      +E-mail/PDF: pa_dc_claims@navient.com Jul 21 2016 22:52:09      Sallie Mae,    Po Box 9500,
                 Wilkes-barre, PA 18773-9500
513738000      +E-mail/PDF: pa_dc_claims@navient.com Jul 21 2016 22:51:42      Sallie Mae,    c/o Sallie Mae Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
513491557      +E-mail/PDF: pa_dc_claims@navient.com Jul 21 2016 22:52:09      Sallie Mae,
                 Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
513738001      +E-mail/PDF: pa_dc_claims@navient.com Jul 21 2016 22:51:11      Sallie Mae PC Trust,
                 c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                               TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513491537*     +City Ntl Bk/Ocwen Loan Service,    Attn: Bankruptcy,    P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
513491539*     +City Ntl Bk/Ocwen Loan Service,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
513491548*     +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
513491549*     +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
513491550*     +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
513491562*     +Sallie Mae,   Po Box 9500,    Wilkes-barre, PA 18773-9500
513491563*     +Sallie Mae,   Po Box 9500,    Wilkes-barre, PA 18773-9500
513491564*     +Sallie Mae,   Po Box 9500,    Wilkes-barre, PA 18773-9500
513491558*     +Sallie Mae,   Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
513491559*     +Sallie Mae,   Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
513491560*     +Sallie Mae,   Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
513491543    ##+Hilco Receivables/Equable Ascent Financi,    Attn: Bankruptcy,    1120 Lake Cook Road Suite B,
                 Buffalo Grove, IL 60089-1970
513491544    ##+Hilco Receivables/Equable Ascent Financi,    1120 West Lake Co,    Buffalo Grove, IL 60089-1970
513491566    ##+The Bureaus Inc.,    Attention: Bankruptcy Dept.,    1717 Central St.,    Evanston, IL 60201-1507
                                                                                            TOTALS: 0, * 11, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2016 at the address(es) listed below:
              Clifford B. Frish    on behalf of Debtor Lonnie R. Hammonds yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Clifford B. Frish    on behalf of Joint Debtor Tisha G. Hammonds yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Dean Russell Prober     cmartin@pralc.com
              John Philip Schneider     on behalf of Creditor    NATIONSTAR MORTGAGE, LLC nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin P. Diskin    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC kevin.diskin@buckleymadole.com,
               NJ_ECF_Notices@buckleymadole.com
```

```
District/off: 0312-2           User: admin              Page 3 of 3              Date Rcvd: Jul 21, 2016
                               Form ID: pdf901          Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Mark   Goldman    on behalf of Debtor Lonnie R. Hammonds yrodriguez@goldmanlaw.org,
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Mark   Goldman    on behalf of Joint Debtor Tisha G. Hammonds yrodriguez@goldmanlaw.org,
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Robert P. Saltzman    on behalf of Counter-Claimant    U.S. Bank National Association, not in its
          individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
          Steven K. Eisenberg    on behalf of Creditor    Ocwen Loan Servicing, LLC
          seisenberg@sterneisenberg.com,
          dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneisenberg.com

                                                                                               TOTAL: 12