| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br><br>IN RE:<br>   LONNIE R. HAMMONDS<br>   TISHA G. HAMMONDS | Order Filed on October 28,<br>2016 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey<br><br>Case No.:  12-37136 SLM<br><br>Hearing Date:  10/26/2016<br><br>Judge:  STACEY L. MEISEL<br><br>Debtor is Entitled To Discharge |

**ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION**

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: October 28, 2016**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  LONNIE R. HAMMONDS
TISHA G. HAMMONDS

Case No.: 12-37136 SLM

Caption of Order:    ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 7/20/2016, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 12/1/2012, the Debtor shall pay the Standing Trustee

    the sum of $12,403.20 paid into date over 44 month(s), and then

    the sum of $862.00 for a period of 12 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that Mortgagee to be paid pursuant to the Amended Order entered by the Court on 10/25/15, rather than by the Proof of Claim filed on 5/19/16; and it is further

- ORDERED, that any additional attorney fees in excess of $400.00 will require an increase in plan payments; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:  
Lonnie R. Hammonds  
Tisha G. Hammonds  
     Debtors

Case No. 12-37136-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 28, 2016  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2016.  
db/jdb        +Lonnie R. Hammonds,    Tisha G. Hammonds,    151 East 24th Street,    Paterson, NJ 07514-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2016 at the address(es) listed below:

         Clifford B. Frish    on behalf of Debtor Lonnie R. Hammonds yrodriguez@goldmanlaw.org,  
          cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
         Clifford B. Frish    on behalf of Joint Debtor Tisha G. Hammonds yrodriguez@goldmanlaw.org,  
          cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
         Dean Russell Prober     cmartin@pralc.com  
         John Philip Schneider     on behalf of Creditor     NATIONSTAR MORTGAGE, LLC nj.bkecf@fedphe.com  
         John R. Morton, Jr.     on behalf of Creditor    JPMorgan Chase Bank, N.A.  
          mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com  
         Joshua I. Goldman     on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Kevin P. Diskin     on behalf of Creditor     NATIONSTAR MORTGAGE, LLC kevin.diskin@buckleymadole.com,  
          NJ_ECF_Notices@buckleymadole.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Mark Goldman     on behalf of Debtor Lonnie R. Hammonds yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
         Mark Goldman     on behalf of Joint Debtor Tisha G. Hammonds yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
         Robert P. Saltzman     on behalf of Creditor     U.S. Bank National Association, not in its  
          individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org  
         Robert P. Saltzman     on behalf of Counter-Claimant     U.S. Bank National Association, not in its  
          individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org  
         Steven K. Eisenberg     on behalf of Creditor     Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,  
          jmcnally@sterneisenberg.com;skelly@sterneisenberg.com  
                                                                                            TOTAL: 13