UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :    Case No.:        12-37136-SLM
Lonnie R. Hammonds                                  :
Tisha G. Hammonds                                   :    Adv. No.:        _____
                                                    :
                                                    :    Judge:           Stacey L. Meisel
            Debtor (s),                             :
_____          :    Chapter:              13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Stacey L. Meisel_____, United States Bankruptcy Judge.

**Reason for Hearing:**      Debtor's Certification in Opposition to
                             Trustee's Certification of Default

**Location of Hearing:**     Courtroom No.  3A
                             MLK, JR Building
                             50 Walnut Street 3rd fl.
                             Newark, NJ 07102

**Date and Time:**           December 14, 2016 at 9:00am ,
                             or as soon thereafter as counsel may be heard.

COURT APPEARANCES:    ✔  ARE REQUIRED        ____ ARE NOT REQUIRED

DATED:    November 21, 2016                    JAMES J. WALDRON, Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  November 21, 2016 the foregoing notice was served on the following:    Debtor, Debtor's Attorney, Trustee and Trustee's Attorney

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:
Lonnie R. Hammonds
Tisha G. Hammonds
    Debtors

Case No. 12-37136-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 21, 2016
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.
db/jdb         +Lonnie R. Hammonds,    Tisha G. Hammonds,    151 East 24th Street,    Paterson, NJ 07514-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:
        Clifford B. Frish    on behalf of Debtor Lonnie R. Hammonds yrodriguez@goldmanlaw.org,
         cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
        Clifford B. Frish    on behalf of Joint Debtor Tisha G. Hammonds yrodriguez@goldmanlaw.org,
         cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
        Dean Russell Prober    cmartin@pralc.com
        John Philip Schneider    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC nj.bkecf@fedphe.com
        John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A.
         mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
        Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin P. Diskin    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC kevin.diskin@buckleymadole.com,
         NJ_ECF_Notices@buckleymadole.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Mark Goldman    on behalf of Debtor Lonnie R. Hammonds yrodriguez@goldmanlaw.org,
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
        Mark Goldman    on behalf of Joint Debtor Tisha G. Hammonds yrodriguez@goldmanlaw.org,
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
        Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
         individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
        Robert P. Saltzman    on behalf of Counter-Claimant    U.S. Bank National Association, not in its
         individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
        Steven K. Eisenberg    on behalf of Creditor    Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
         jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                        TOTAL: 13