**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   LONNIE R. HAMMONDS
   TISHA G. HAMMONDS

Order Filed on December 15,
2016 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

**Case No.:  12-37136 SLM**

**Hearing Date:  12/14/2016**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 15, 2016**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): LONNIE R. HAMMONDS
          TISHA G. HAMMONDS

Case No.: 12-37136

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

   THIS MATTER having come before the Court on 12/14/2016 on notice to GOLDMAN &

BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $864.00

  starting on 12/1/2016 for 1 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $985.00

  starting on 1/1/2017 for the remaining 7 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.