UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on September 29, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

IN RE:

   LONNIE R. HAMMONDS
   TISHA G. HAMMONDS

Case No.:  12-37136 SLM

Hearing Date:  9/27/2017

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 29, 2017**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): LONNIE R. HAMMONDS
TISHA G. HAMMONDS

Case No.: 12-37136

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/27/2017 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay off Chapter 13 case by 10/11/2017 or the case will be dismissed.