**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lonnie R. Hammonds<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2299<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tisha G. Hammonds<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5070<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   12–37136–SLM

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lonnie R. Hammonds                                Tisha G. Hammonds

1/4/18                                                                 **By the court:** <u>Stacey L. Meisel</u>
                                                                                          United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-37136-SLM
Lonnie R. Hammonds                                                      Chapter 13
Tisha G. Hammonds
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                  Page 1 of 3            Date Rcvd: Jan 04, 2018
                                Form ID: 3180W               Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2018.
```
db/jdb         +Lonnie R. Hammonds,   Tisha G. Hammonds,    151 East 24th Street,    Paterson, NJ 07514-2113
cr             +JPMorgan Chase Bank, N.A.,    201 N. Central Ave., Floor 11,    Phoenix, AZ 85004-1071
cr             +NATIONSTAR MORTGAGE, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Ocwen Loan Servicing, LLC,    c/o Stern & Eisenberg PC,    1040 N. Kings Highway, Suite 407,
                 Cherry Hill, NJ 08034-1925
cc             +U.S. Bank National Association, not in its individ,    c/o Rushmore Loan Management Services,
                 PO Box 55004,    Irvine, CA 92619-5004
513656043       Bank of America N.A.,    c/o Prober & Raphael,    Attornys For Secured Creditor,    P.O. Box 4365,
                 Woodland Hills, CA 91365-4365
513491535      +Chase Auto,    Po Box 15298,    Wilmington, DE 19850-5298
513491536      +City Ntl Bk/Ocwen Loan Service,    Attn: Bankruptcy,    P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
513491538      +City Ntl Bk/Ocwen Loan Service,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
513491540      +Eastern Account System,    Po Box 837,    Newtown, CT 06470-0837
513491541      +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
513491544      +Hilco Receivables/Equable Ascent Financi,    1120 West Lake Co,    Buffalo Grove, IL 60089-1970
513491543      +Hilco Receivables/Equable Ascent Financi,    Attn: Bankruptcy,    1120 Lake Cook Road Suite B,
                 Buffalo Grove, IL 60089-1970
513593182      +JP Morgan Chase Bank N.A.,    Chase Auto Finance,    201 N. Central Ave,    Mail Code AZ1-1191,
                 Phoenix AZ 85004-1071
513491546      +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
516189208     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,
                 Dallas, Texas 75261-9741)
513629368      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
513491556      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
513552520      +Sallie Mae Inc. on behalf of NJHESAA,    P.O. Box 548,    Trenton, NJ 08625-0548
513491565       Springleaf Financial S,    Wayne Crest Shoppi,    Wayne, NJ 07470
513491566      +The Bureaus Inc.,    Attention: Bankruptcy Dept.,    1717 Central St.,    Evanston, IL 60201-1507
513491567      +The Bureaus Inc.,    1721 Central St,    Evanston, IL 60201-1507
516295689       U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
                 Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2018 21:59:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2018 21:59:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513700235       EDI: GMACFS.COM Jan 04 2018 21:33:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
513491530      +EDI: GMACFS.COM Jan 04 2018 21:33:00      Ally Fincl,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
513524985       EDI: AIS.COM Jan 04 2018 21:33:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
513591348      +EDI: ACCE.COM Jan 04 2018 21:33:00      Asset Acceptance LLC,    P.O. Box 2036,
                 Warren MI 48090-2036
513491531      +EDI: ACCE.COM Jan 04 2018 21:33:00      Asset Acceptance Llc,    Po Box 1630,
                 Warren, MI 48090-1630
513491532      +EDI: BANKAMER.COM Jan 04 2018 21:33:00      Bk Of Amer,    Attn: Bankruptcy/MC: NC4-105-03-14,
                 Po Box 26012,    Greensboro, NC 27420-6012
513491533      +EDI: BANKAMER.COM Jan 04 2018 21:33:00      Bk Of Amer,    450 American St,
                 Simi Valley, CA 93065-6285
513823245       EDI: RECOVERYCORP.COM Jan 04 2018 21:33:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
513611830       EDI: BL-BECKET.COM Jan 04 2018 21:33:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
513491534      +E-mail/Text: cst.bankruptcy@chase.com Jan 04 2018 21:59:51      Chase,    Po Box 7013,
                 Indianapolis, IN 46207-7013
513491542      +EDI: RMSC.COM Jan 04 2018 21:33:00      Gecrb/gap,    Po Box 965005,    Orlando, FL 32896-5005
513491545      +EDI: CBSKOHLS.COM Jan 04 2018 21:33:00      Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
513491547      +EDI: MID8.COM Jan 04 2018 21:33:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
513491551      +E-mail/PDF: bankruptcy@ncfsi.com Jan 04 2018 22:06:17      New Century Financial,
                 110 S. Jefferson Rd.,    Suite 104,    Whippany, NJ 07981-1038
513491552      +E-mail/PDF: bankruptcy@ncfsi.com Jan 04 2018 22:06:17      New Century Financial,
                 110 S Jefferson Rd Ste 1,    Whippany, NJ 07981-1038
513491553      +E-mail/Text: bankruptcy@njfcu.org Jan 04 2018 21:59:24      North Jersey Fcu,    711 Union Blvd,
                 Totowa, NJ 07512-2207
```

```
District/off: 0312-2           User: admin              Page 2 of 3            Date Rcvd: Jan 04, 2018
                               Form ID: 3180W           Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
513491555         EDI: PRA.COM Jan 04 2018 21:33:00      Portfolio Rc,   120 Corporate Blvd Ste 1,
                   Norfolk, VA 23502
513491554         EDI: PRA.COM Jan 04 2018 21:33:00      Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,
                   Norfolk, VA 23541
513738041         EDI: PRA.COM Jan 04 2018 21:33:00      Portfolio Recovery Associates, LLC,   c/o Gapcard,
                   POB 41067,     Norfolk VA 23541
513792270         EDI: PRA.COM Jan 04 2018 21:33:00      Portfolio Recovery Associates, LLC,   c/o The Gap,
                   POB 41067,     Norfolk VA 23541
513491561        +EDI: NAVIENTFKASMSERV.COM Jan 04 2018 21:33:00      Sallie Mae,   Po Box 9500,
                   Wilkes-barre, PA 18773-9500
513738000        +EDI: NAVIENTFKASMSERV.COM Jan 04 2018 21:33:00      Sallie Mae,   c/o Sallie Mae Inc.,
                   220 Lasley Ave,     Wilkes-Barre, PA 18706-1496
513491557        +EDI: NAVIENTFKASMSERV.COM Jan 04 2018 21:33:00      Sallie Mae,   Attn: Claims Department,
                   Po Box 9500,    Wilkes-Barre, PA 18773-9500
513738001        +EDI: NAVIENTFKASMSERV.COM Jan 04 2018 21:33:00      Sallie Mae PC Trust,   c/o Sallie Mae Inc.,
                   220 Lasley Ave,     Wilkes-Barre, PA 18706-1496
                                                                                                TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513491537*       +City Ntl Bk/Ocwen Loan Service,    Attn: Bankruptcy,   P.O. Box 24738,
                   West Palm Beach, FL 33416-4738
513491539*       +City Ntl Bk/Ocwen Loan Service,    12650 Ingenuity Dr,   Orlando, FL 32826-2703
513491548*       +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
513491549*       +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
513491550*       +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
513491562*       +Sallie Mae,   Po Box 9500,    Wilkes-barre, PA 18773-9500
513491563*       +Sallie Mae,   Po Box 9500,    Wilkes-barre, PA 18773-9500
513491564*       +Sallie Mae,   Po Box 9500,    Wilkes-barre, PA 18773-9500
513491558*       +Sallie Mae,   Attn: Claims Department,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
513491559*       +Sallie Mae,   Attn: Claims Department,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
513491560*       +Sallie Mae,   Attn: Claims Department,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
516295690*        U.S. Bank National Association,    c/o Rushmore Loan Management Services,   PO Box 52708,
                   Irvine, CA 92619-2708
                                                                                          TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC nj.bkecf@fedphe.com
              Clifford B. Frish    on behalf of Debtor Lonnie R. Hammonds yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
                bestcase.com
              Clifford B. Frish    on behalf of Joint Debtor Tisha G. Hammonds yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
                bestcase.com
              Dean Russell Prober    cmartin@pralc.com, ecf6@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin P. Diskin    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC
               NJ_ECF_Notices@buckleymadole.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Jan 04, 2018
                              Form ID: 3180W           Total Noticed: 49


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Mark   Goldman    on behalf of Debtor Lonnie R. Hammonds yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark   Goldman    on behalf of Joint Debtor Tisha G. Hammonds yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Robert P. Saltzman    on behalf of Counter-Claimant    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
              Steven K. Eisenberg    on behalf of Creditor    Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
                                                                                             TOTAL: 14
```