Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>Case No.: 12−37136−SLM
>Chapter: 13
>Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Lonnie R. Hammonds | Tisha G. Hammonds |
| 151 East 24th Street | 151 East 24th Street |
| Paterson, NJ 07514 | Paterson, NJ 07514 |

Social Security No.:
   xxx−xx−2299                                              xxx−xx−5070

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 6, 2018</u>              <u>Stacey L. Meisel</u>
                                            Judge, United States Bankruptcy Court